IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1993-AP**

**DELORES LUJAN**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

Defendant's Unopposed Motion for Remand (doc. #6), filed December 5, 2007, is GRANTED.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g).

Dated: December 5, 2007.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT